HENRY W. SHOWERS, Appellant, v. JOHN F. JASON, Defendant, and PETER W. QUINN, Defendant-Respondent.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

ALVA F. WALLANDER, Respondent, v. RALPH GILLETTE, Appellant.— No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

HERMAN WEISS, Appellant, v. MARTIN WEISS et al., Respondents.— Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur. [See *post*, p. 801.]

ROBERT WILSON, Respondent, v. WINCO ESTATES, INC., Appellant.— Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

HENRY WOHLKE, Appellant, v. ROBERT L. CUNNINGHAM, Respondent.— No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.